No. 861. FLETCHER *v.* WOOL ET AL.;
No. 862. FLETCHER *v.* WILLARD R. COOK & CO., INC. ET AL.;

No. 863. FLETCHER v. D. H. GOODMAN, INC.;
No. 864. FLETCHER v. KRISE, RECEIVER, ET AL.;
No. 865. FLETCHER v. BARRON ET AL.;
No. 866. FLETCHER v. NATIONAL BANK OF COMMERCE;
No. 867. FLETCHER v. NATIONAL BANK OF COMMERCE ET AL.; and
No. 868. FLETCHER v. MAUPIN. May 22, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. Reported below: 138 F. 2d 740, 742.